# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | ORDER ADOPTING THE REPORT AND RECOMMENDATION |
| Plaintiff, | |
| v. | |
| Lee Andrew Paul, | Crim. No. 15-48 (ADM/SER) |
| Defendant. | |

Based upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau, and after an independent review of the files, records and proceedings in the above-titled matter and no objections having been filed, **IT IS ORDERED**:

1. Defendant Lee Andrew Paul's ("Paul") Motion to Suppress Statements [Doc. No. 37] is **DENIED without prejudice**; and

2. Paul's Motion to Suppress Evidence (Search Warrants) [Doc. No. 40] is **DENIED**.

DATED: November 16, 2015
At Minneapolis, Minnesota

                                                              s/Ann D. Montgomery
                                                               Ann D. Montgomery, Judge
                                                               United States District Court