**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

    Plaintiff,

  v.                                                                          **ORDER**
                                                                                  Criminal No. 15-48 ADM/SER

Lee Andrew Paul,

    Defendant.

_____

James S. Alexander, Assistant United States Attorney, Minneapolis, MN, on behalf of Plaintiff.

Lee Andrew Paul, pro se.

_____

      The matter before the Court is Defendant Lee Andrew Paul's ("Defendant") Motion for a Status Hearing to Contest Government's Motion for Preliminary Order of Forfeiture (the "Motion") [Docket No. 135]. Defendant requests a hearing to contest the Preliminary Order of Forfeiture [Docket No. 129] forfeiting a Samsung Galaxy SIII cell phone (the "Samsung cell phone") to the United States pursuant to 18 U.S.C. § 1594(d). Plaintiff United States of America (the "Government") has filed a response [Docket No. 138] opposing the Motion.

      Federal Rule of Criminal Procedure 32.2(b)(1) provides in relevant part: "If the government seeks forfeiture of specific property, the court must determine whether the government has established the requisite nexus between the property and the offense." Fed. R. Crim. P. 32.2(b)(1). The Government produced ample evidence at trial that Defendant used the Samsung cell phone to commit the offenses for which he was convicted, namely sex trafficking of a minor and sex trafficking by use of force, fraud, and coercion. See Redacted Jury Verdict [Docket No. 98]. Therefore, the Preliminary Order of Forfeiture was properly entered and no

hearing is necessary.

Based upon the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Lee Andrew Paul's Motion for a Status Hearing to Contest Government's Motion for Preliminary Order of Forfeiture [Docket No. 135] is **DENIED**.

BY THE COURT:

    s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  September 16, 2016.