**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

      Plaintiff,

v.                                             **ORDER**
                                                Criminal No. 15-48 ADM

Lee Andrew Paul,

      Defendant.

_____

Lee Andrew Paul, pro se.

_____

      This matter is before the undersigned United States District Judge for a ruling on Defendant Lee Andrew Paul's ("Paul") Motion for Reconsideration for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(1) [Docket No. 243] ("Motion").  Paul asks the Court to reconsider its May 19, 2020 Memorandum Opinion and Order [Docket No. 231] ("Order") denying Paul's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(1) [Docket No. 228].  Paul has submitted additional arguments, exhibits, affidavits, and correspondence in support of his request for a compassionate release sentence reduction.  See Docket Nos. 243–247.

      The items filed by Paul do not alter the Court's conclusion that:  (1) Paul has not shown extraordinary and compelling reasons warranting a sentence reduction; (2) Paul poses a danger to the safety of the community, and (3) the sentencing factors weigh against reducing Paul's sentence.  See Order at 4–5.

Based upon the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Lee Andrew Paul's Motion for Reconsideration for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(1) [Docket No. 243] is **DENIED**.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT COURT

Dated:  September 11, 2020